UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CURTIS MOGHADAM,

    Plaintiff,

v.

CONTINENTAL TIRE THE
AMERICAS, LLC,

    Defendant.                           No. 14-cv-1012-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on April 29, 2015 (Doc. 18), this case is **DISMISSED** with prejudice.

                                                JUSTINE FLANAGAN,
                                                ACTING CLERK OF COURT

                                                BY:     /s/*Caitlin Fischer*
                                                            **Deputy Clerk**

Dated: April 29, 2015

Digitally signed by
David R. Herndon
Date: 2015.04.29
14:23:43 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT